**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7306**

ANDRE JAMAAL GUYTON,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson. Mary G. Lewis, District Judge. (8:18-cv-00609-MGL)

Submitted: September 23, 2021             Decided: November 10, 2021

Before QUATTLEBAUM and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Andre Jamaal Guyton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Jamaal Guyton appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Guyton's claim against the United States under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680 (FTCA), for lack of subject matter jurisdiction. *See Abbott v. Pastides*, 900 F.3d 160, 175 n.8 (4th Cir. 2018) (holding that we are not bound by the label the district court places on its disposition). We have reviewed the record and find no reversible error in the district court's conclusion that the FTCA barred Guyton's claim. Accordingly, we affirm. We deny Guyton's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*